IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:10-cv-00049

| | | |
|---|---|---|
| RODNEY TIMOTHY WARWICK and wife, PAULA HICKMAN WARWICK, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| PRUDENTIAL INVESTMENTS, LLC, PRUDENTIAL INVESTMENT MANAGEMENT SERVICES, LLC, and THE PRUDENTIAL INSURANCE COMPANY, d/b/a now or formerly, PRUDENTIAL INVESTMENTS FUNDS MANAGEMENT, LLC, | ) ) ) ) ) ) ) ) ) | STIPULATION OF DISMISSAL |
| Defendants. | ) | |

Pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Rodney Timothy Warwick and wife, Paula Hickman Warwick, and Defendants Prudential Investments, LLC, Prudential Investment Management Services, LLC, and The Prudential Insurance Company, d/b/a now or formerly, Prudential Investments Funds Management, LLC, hereby stipulate to the dismissal of this action WITH PREJUDICE as to any and all rights to reinstate or reassert the same.

This 25th day of August, 2010.

*Attorney for Plaintiff*

Alan I. Maynard
State Bar No. 10998
THE MAYNARD LAW FIRM
Post Office Box 875
Elizabethtown, NC 28337
(910) 862-8461
maynard_alan@hotmail.com

*Attorney for Defendants*

Stephen A. Dunn
State Bar No. 12389
EMANUEL & DUNN, PLLC
Post Office Box 426
Raleigh, NC 27602
(919) 832-0329
sdunn@emanuelanddunn.com

CERTIFICATE OF SERVICE

The undersigned, does hereby certify that the foregoing STIPULATION OF DISMISSAL was filed electronically with the Court with notice of case activity to be generated and deposited in the United States Mail, postage prepaid, addressed to counsel of record for Plaintiff as follows:

>Alan I. Maynard
>The Maynard Law Firm
>Post Office Box 875
>Elizabethtown, North Carolina 28337
>maynard_alan@hotmail.com

This 27th day of August, 2010.

>/s/ Stephen A. Dunn
>Stephen A. Dunn
>sdunn@emanuelanddunn.com
>State Bar No. 12389
>EMANUEL & DUNN, PLLC
>Post Office Box 426
>Raleigh, North Carolina 27602
>(919) 832-0329 (phone)
>(919) 832-6731 (fax)